MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpblaw.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
RESCH POLSTER & BERGER LLP
9200 Sunset Boulevard, Ninth Floor
Los Angeles, California 90069-3604
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Plaintiff Guarisco Industria
Tessile, S.p.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARISCO INDUSTRIA TESSILE, S.p.A., an Italian Corporation,<br><br>        Plaintiff,<br><br>       vs.<br><br>FOREVER 21, INC., a California Corporation; DO&BE CLOTHING, INC., a California Corporation; CHA CHA FABRIC, INC., a California Corporation; LONDON EYES CORPORATION, a California Corporation; GLAM, an entity of an unknown form; and DOES 1-10, inclusive, ,<br><br>        Defendants. | Case No. CV08-00805 CAS (VBKx)<br><br>[Case Assigned to Hon. Christina A. Snyder]<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(L.R. 8-3)** |

TO THE HONORABLE COURT:

     Plaintiff GUARISCO INDUSTRIA TESSILE, S.p.A, an Italian Corporation, and Defendant FOREVER 21, INC., by and through their respective counsel, stipulate and agree as follows:

/ / /

/ / /

resch polster & berger llp

372422.1

WHEREAS, under Local Rule 8-3, the parties to an action may stipulate to extend the time within which to answer or otherwise respond to the initial complaint in the action by not more than thirty (30) days without approval from the Court, but shall file a stipulation to that effect;

WHEREAS the Complaint in this matter was served upon Defendant FOREVER 21, INC. on February 15, 2008.

NOW, THEREFORE, the Parties hereby stipulate and agree to extend Defendant's deadline to respond to the Complaint for an additional 30 days. Accordingly, FOREVER 21, INC.'s new deadline to respond to the Complaint is on or before April 7, 2008.

**IT IS SO STIPULATED.**

Dated: March 6 , 2008

By: _____
    YOUNG KWON
    Attorney for Defendant
    FOREVER 21, INC.

Dated: March 7 , 2008        RESCH POLSTER & BERGER LLP

By: _____
    ANDREW V. JABLON
    Attorneys for Plaintiff Guarisco Industria
    Tessile, S.p.A.i

resch polster & berger llp

372422.1

2